UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SIKANDER NURUDDIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CARMAX, INC. and WELLS FARGO BANK, N.A., | ) | 5:24-cv-83-BO-RJ |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**
This cause comes before the Court on defendants' CarMax Auto Superstores, Inc. ("CarMax"), and Wells Fargo Bank, N.A. ("Wells Fargo") motions to dismiss plaintiff Sikander Nuruddin's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. [DE 9, 12].

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff has failed to state a claim for relief against both CarMax and Wells Fargo. Consequently, the Court GRANTS both defendants' Rule 12(b)(6) motions to dismiss pursuant. [DE 9, 12). Plaintiff's complaint against both CarMax and Wells Fargo is therefore DISMISSED. [DE 1, 1-1). Accordingly, both plaintiff's motion for summary judgment [DE 20] and defendant CarMax's motion to stay plaintiff's motion [DE 21] are DENIED as moot.

**This case is closed.**

**This judgment filed and entered on October 29, 2024, and served on:**
Sikander Nuruddin (via CM/ECF NEF)
Michael Crook (via CM/ECF NEF)
Scott I. Perle (via CM/ECF NEF)

                                                      PETER A. MOORE, JR., CLERK
October 29, 2024

                                                      /s/ Lindsay Stouch
                                                      By: Deputy Clerk